**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-cr-80032-Cannon/Reinhart

**21 U.S.C. § 846**
**21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 853(a)**

**UNITED STATES OF AMERICA**

v.

**SALVADOR ALONSO-MIRANDA,**

      **Defendant.**
_____/

FILED BY ____SP____ D.C.

Feb 24, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**INFORMATION**

The United States Attorney charges that:

**COUNT 1**
**Conspiracy to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

From in or around July 2022, the exact date being unknown to the United States Attorney, and continuing through on or about February 11, 2023, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**SALVADOR ALONSO-MIRANDA,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons, known and unknown to the United States Attorney, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to **SALVADOR ALONSO-MIRANDA,** as a result of his own conduct, and the conduct of other

conspirators reasonably foreseeable to him is: 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 2
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about July 20, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**SALVADOR ALONSO-MIRANDA,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 3
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about February 11, 2023, in Palm Beach County, in the Southern District of Florida, the defendant,

**SALVADOR ALONSO-MIRANDA,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **SALVADOR ALONSO-MIRANDA,** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Sections 846 and/or 841, as alleged in this Information, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a).

All pursuant to the procedures set forth at Title 21, United States Code, Section 853.


*Alexandra Chase* for
MARKENZY LAPOINTE
UNITED STATES ATTORNEY


DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO.: 23-cr-80032-Cannon/Reinhart |
|---|---|
| v. | |
| SALVADOR ALONSO-MIRANDA, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____/ Defendant. | **Superseding Case Information:** |

**Court Division** (select one)

☐ Miami ☐ Key West ☐ FTP
☐ FTL ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect:

4. This case will take 4 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                      (Check only one)
   I    ☑ 0 to 5 days                    ☐ Petty
   II   ☐ 6 to 10 days                   ☐ Minor
   III  ☐ 11 to 20 days                  ☐ Misdemeanor
   IV   ☐ 21 to 60 days                  ☑ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                    Case No.

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-mj-8012-RMM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                    Case No.

9. Defendant(s) in federal custody as of February 11, 2023

10. Defendant(s) in state custody as of

11. Rule 20 from the              District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _/s/ Daniel E. Funk_____
DANIEL E. FUNK
Assistant United States Attorney
FLA Bar No.    0592501

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   SALVADOR ALONSO-MIRANDA

**Case No**:   23-cr-80032-Cannon/Reinhart

**Count 1:**

Conspiracy to Distribute a Controlled Substance

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) and 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment:** 10 years
* **Max. Supervised Release:** a minimum of 5 years up to life
* **Max. Fine:** $10,000,000

**Count 2:**

Possession With Intent to Distribute a Controlled Substance

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment:** 10 years
* **Max. Supervised Release:** a minimum of 5 years up to life
* **Max. Fine:** $10,000,000

**Count 3:**

Possession With Intent to Distribute a Controlled Substance

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment:** 10 years
* **Max. Supervised Release:** a minimum of 5 years up to life
* **Max. Fine:** $10,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-cr-80032-Cannon/Reinhart |
| SALVADOR ALONSO-MIRANDA, | ) | |
| *Defendant.* | ) | |

**WAIVER OF AN INDICTMENT**

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Scott G. Berry, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____, U.S. Magistrate Judge
*Judge's printed name and title*