**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80032-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SALVADOR ALONSO-MIRANDA**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 28]. On May 8, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 26] during which Defendant pled guilty to Counts 1, 2, and 3 of the Information [ECF No. 14] pursuant to a written plea agreement and factual proffer [ECF No. 27]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1, 2, and 3 of the Information, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Counts 1, 2, and 3 of the Information [ECF No. 14]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 28] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Salvador Alonso-Miranda** as to Counts 1, 2, and 3 of the Information is **ACCEPTED**.

CASE NO. 23-80032-CR-CANNON

3. Defendant Salvador Alonso-Miranda is adjudicated guilty of Counts 1, 2, and 3 of the Information. Count 1 charges him with conspiracy to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846. Counts 2 and 3 charge him with possession with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2 [ECF No. 14].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of May 2023.

*[signature]*

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record